Special Assessment

CRM 05-06 ERIE

```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

         #  00500430  -  AM
            July 12, 2005

     Code    Case #     Qty       Amount

   IND FELO 05-06e cr              100.00 CH


         TOTAL →              100.00



     FROM: MICHELLE R. COLE
          FOR MICHAEL COLE
```