IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | Criminal Number 05-6E |
| ) | |
| Michael Cole ) | |

The above named defendant satisfied the judgment of July 8, 2005 by paying on July 12, 2005 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  7-22-05
Deputy Clerk                                                  Date