IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>   Plaintiff, )<br>   )<br>Vs. )<br>   )<br>MICHAEL EARL COLE )<br>   Defendant. ) | CRIMINAL NO. 05-6 ERIE |

### AMENDED JUDGMENT

AND NOW this 29th day of July, 2005,

IT IS HEREBY ORDERED THAT the Judgment entered on the record on July 13, 2005 is amended as follows:

  Upon release from imprisonment the defendant, MICHAEL EARL COLE shall participate in a program of testing, and, if necessary, treatment for substance abuse as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the costs of services for any such treatment in an amount determined by the probation officer but not to exceed the actual cost. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter

  IT IS FURTHER ORDERED that all other aspects of the original Judgment entered on the docket on July 13, 2005 shall remain in full force and effect.

              s/Sean J. McLaughlin
              Sean J. McLaughlin
              United States District Judge

cc: All counsel/parties of record  nk
  Probation/Pretrial service
  U.S. Marshal Service
  United States Bureau of Prisons