IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

V.

MICHAEL EARL COLE

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

Case Number CR 05-6 ERIE

David A. Schroeder
Defendant's Attorney

THE DEFENDANT:
X    pleaded guilty to count(s) 1 .
___  was found guilty on count(s) _ after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 26 USC 5861(e) | Unlawful Transfer of a Firearm | 11/25/2003 | One (1) |

The defendant is sentenced as provided in pages 2 through 7 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___  The defendant has been found not guilty on count(s) _ and is discharged as to such count(s).
___  Count(s) _ (is) (are) dismissed on the motion of the United States.
___  The mandatory special assessment is included in the portion of this Judgment that imposes a fine.
X    It is ordered that the defendant shall pay to the United States a special assessment of $100.00 , which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

54835-060
Defendant's USM No.

July 8, 2005
Date of Imposition of Sentence

/s/Sean J. McLaughlin
Signature of Judicial Officer
U.S. District Judge

July 13, 2005
Date

CERTIFIED FROM THE RECORD
Date July 13, 2005
ROBERT V. BARTH, JR., CLERK
By _____
Deputy Clerk

Defendant: Michael Earl Cole                    Judgment--Page 2 of
Case Number: CR 05-6 Erie

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>26 months</u>.

___   The Court makes the following recommendations to the Bureau of Prisons:


X_   The defendant is remanded to the custody of the United States Marshal.
___   The defendant shall surrender to the United States Marshal for this district,

    __ at __ on _.

    __ as notified by the Marshal.

___   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    __ before 2 p.m. on _.
    __ as notified by the United States Marshal.
    __ as notified by the Probation Office.


## RETURN

    I have executed this Judgment as follows:

_____

Defendant delivered on  8/9/05  to  FCI Morgantown
_____ at  1200  ,

with a certified copy of this Judgment.

                                        Thomas M Fitzgerald
                                        United States Marshal
                                 By _____
                                       Deputy Marshal

Defendant: Michael Earl Cole                    Judgment--Page 3 of
Case Number: CR 05-6 Erie

### SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>3 years</u>.

While on supervised release, the defendant shall not commit another Federal, state or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

<u>X</u>   The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

<u>X</u>   The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

<u>X</u>   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

___   The defendant shall cooperate in the collection of DNA as directed by the probation officer.

___   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

___   The defendant shall participate in an approved program for domestic violence.

___   Additional conditions

For offenses committed on or after September 13, 1994:

___   The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

___   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

Defendant: Michael Earl Cole                          Judgment--Page 4 of
Case Number: CR 05-6 Erie

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) the defendant shall not commit another Federal, state or local crime;
2) the defendant shall not leave the judicial district without the permission of the court or probation officer;
3) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) the defendant shall support his or her dependents and meet other family responsibilities;
6) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) the defendant shall not frequent places where controlled substances are illegally sold used, distributed, or administered;
10) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history of characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**These conditions are in addition to any other conditions imposed by this Judgment.**

Defendant: Michael Earl Cole                                  Judgment--Page 5 of
Case Number: CR 05-6 Erie

# FINE WITH SPECIAL ASSESSMENT

      The defendant shall pay to the United States the sum of $100.00 , consisting of a fine of $0.00 and a special assessment of $100.00 .

| | |
|---|---|
| _____ | These amounts are the totals of the fines and assessments imposed on individual counts, as follows: |
| \_\_\_X\_\_ | The Court finds that the defendant does not have the ability to pay a fine. The Court will waive fine in this case |

This sum shall be paid:

   X  immediately.
   \_\_  as follows:

      The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f) and may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

_____  The Court has determined that the defendant does not have the ability to pay interest. It is ordered that:

   \_\_  The interest requirement is waived.

   \_\_  The interest requirement is modified as follows:

This fine plus any interest required shall be paid:

_____  in full immediately.
_____  in full no later than \_
_____  in equal monthly installments over a period of \_ months. The first payment is due on the date of this judgment. Subsequent payments are due monthly thereafter.
_____  in installments according to the following schedule of payments: